ROSETTA GRIFFITH, Plaintiff-Appellee, v. THE DEPARTMENT OF REVENUE *et al.*, Defendants-Appellants.

First District (1st Division)  No. 1—92—2518

Opinion filed September 19, 1994.

Subsequent to publication, the Illinois Supreme Court remanded this matter to the Appellate Court. Thereafter, the parties filed a motion by stipulation to dismiss, and the Appellate Court, on May 24, 1996, dismissed the appeal and ordered that the September 19, 1994, opinion be withdrawn.